

FILED 17 APR '14 15:35 USDC-ORE

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE    DIVISION

_Kenneth W. Medenbach_

_____
*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

_United States of America_

_____

_____
*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. _1:14-CU-00641-PA_
*(to be assigned by Clerk of the Court)*

## COMPLAINT

Jury Trial Demanded
☑ Yes        ☐ No

## I.   PARTIES

*List your name, address, and telephone number below, and the same information for each
defendant. Make sure that the defendant(s) listed below are identical to those contained in the
caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: _Kenneth W. Medenbach_

Street Address: _135887 Main St._

City, State & Zip Code: _Crescent, OR. 97733_

Telephone No. _541-280-7264_

**Defendant No. 1**    Name: _United States of America_

Street Address: _950 Pennsylvania Ave, NW_

City, State & Zip Code: _Washington DC 20530_

Telephone No. _202-514-2000_

**Defendant No. 2**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 3**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.    What is the basis for federal court jurisdiction (*check all that apply*)

☑ Federal Question          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue?

_28 USC 453   Oaths of justices and judges_

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_Federal justices and judges take an oath or affirmation to faithfully and impartially discharge and perform all duties incumbent upon them "under the constitution." The U.S. Constitution requires all federal justices and judges to be bound by oath or affirmation, to "support the constitution." The U.S. Constitution states only laws made "pursuant to the constitution," are the supreme law of the land. As an American Citizen, I am being deprived of the power of "understanding agreeably" to the constitution and laws of the United States. Marbury v Madison 5 U.S. 137 (1 Cranch 137)_

## Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV.    RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I demand all federal justices and judges cease and desist from taking the constitutionally deficient oath or affirmation of "under the constitution", so "we the people" can constitutionally take our power to "understanding agreeably" to the constitution and laws of the United States through jury nullification.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this *15th* day of *April*                      , 20*14*.

*Kenneth W. Hedelbaul*

(Signature of Plaintiff(s))

COMPLAINT
Revised: July 20, 2010

Page 5

CERTIFICATE OF SERVICE

I hereby certify than on *April 15, 2014*, I made service of the following document:
(date)

*Complaint*
(document title)

by placing a copy in a first-class postage paid envelope in *Crescent, Oregon* for
(city)

delivery by U.S. mail to the address(es) set forth below:

*United States of America*
(name)

Counsel for: *United States Attorney's Office*
(name of party)

*District of Oregon*
(mailing address)
405 E. 8th Ave, Suite 2400
Eugene, OR. 97401

*Kenmt W. Medenbach*
(signature)

*Kenneth W. Medenbach*
(name)

*135887 Main St., P.O.Box 333*
(address)

Crescent, OR. 97733

## CERTIFICATE OF SERVICE

I hereby certify than on _April 15, 2014_, I made service of the following document:
(date)

_Complaint_
(document title)

by placing a copy in a first-class postage paid envelope in _Crescent, Oregon_ for
(city)

delivery by U.S. mail to the address(es) set forth below:

_United States of America_
(name)

Counsel for: _U.S. Attorney General_
(name of party)

_United States Department of Justice_
(mailing address)
950 Pennsylvania Ave.
Washington, DC
            20530

_Kenneth W. Medenbach_
(signature)
_Kenneth W. Medenbach_
(name)
_135887 Main St., PO Box 333_
(address)
Crescent, OR. 97733